# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## CASE NO.: 09-CR-20138-PCH

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

**v.**

**ALEXIS DAGNESSES,**
   **Defendant.**
_____/

## ORDER GRANTING U.S. GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE PURSUANT TO FED. R. CRIM. 35 AND NOTICE OF SUBSTANTIAL ASSISTANCE

THIS MATTER came before the Court by virtue of the U.S. Government's Motion for Downward Departure pursuant to Fed. R. Crim. 35 and Notice of Substantial Assistance (D.E. #206) filed on June 3, 2010. After careful review of the U.S. Government's Motion, it is hereby;

ORDERED AND ADJUDGED that the U.S. Government's Motion is granted. Therefore, the defendant's imprisonment sentence shall be reduced by one-third and Judgment and Commitment Order shall be amended as such.

DONE AND ORDERED in chambers in Miami, Florida this 19 day of October, 2010.

PAUL C. HUCK
SENIOR U.S. DISTRICT COURT JUDGE

cc: All counsel of record